**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Thomas Christopher ROBINSON,**
**Defendant–Appellant.**

No. 14–6486.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 28, 2014.

Decided: Sept. 2, 2014.

Thomas Christopher Robinson, Appellant Pro Se. Michael Ronald Gill, Assistant United States Attorney, Richmond, Virginia; Steven T. Buck, Charles Antony Quagliato, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Christopher Robinson appeals the district court's order denying his motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Robinson*, No. 3:08–cr–00092–HEH–1 (E.D.Va. Mar. 11, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*